UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 07-2357-VBF(SHx)**                              Dated: **April 11, 2007**

Title:   Ramy El-Batrawi -v- TIG Insurance Company of Michigan., et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

Rita Sanchez                                None Present
Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

PROCEEDINGS (IN CHAMBERS):   ORDER RE PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER [FILED 04/10/2007]

This Court has received, read and considered the Plaintiff's Complaint, Applications for a Temporary Restraining Order and related papers. The Application is DENIED because the Plaintiff fails to make a factual showing of urgency and injury to support the relief requested. Plaintiff's claims of an emergency and irreparable injury to justify a temporary restraining order are not adequately supported and lack merit.

This ruling is without prejudice to the Plaintiff's right to proceed by noticed Motion for a Preliminary Injunction.

The Plaintiff shall give notice to Defendants or their counsel today by fax.

MINUTES FORM 90
CIVIL - GEN

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FAX DELIVERY ON PLAINTIFF/DEFENDANT (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT FAX NUMBER OF RECORD  Initials of Deputy Clerk __rs__

IN THIS ACTION ON THIS DATE.

DATE: 4-11-07

DEPUTY CLERK

DOCKETED ON CM
MAY 1 - 2007
BY ___ 010